# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. SCHAEFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| FIRSTSOURCE ADVANTAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE TO PLAINTIFF
## OF FILING NOTICE OF REMOVAL

TO:   James W. Eason
      Rick A. Voytas
      Eason & Voytas, LLC
      1 North Taylor Ave.
      St. Louis, MO 63108
      Attorneys for Plaintiff

PLEASE TAKE NOTICE that Defendant FIRSTSOURCE ADVANTAGE, LLC has this day filed in the United States District Court for the Eastern District of Missouri, a Notice of Removal of this action, a true and correct copy of which notice is served herewith.

Dated:  February 20, 2012.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Patrick T. McLaughlin
    Patrick T. McLaughlin, #48633MO
    1 North Brentwood Blvd., Suite 1000
    St. Louis, MO  63105
    (314) 863-7733  (telephone)
    (314) 862-4656  (facsimile)
    pmclaughlin@spencerfane.com

*Attorneys for Defendant*

OM 178297.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was mailed this 20th day of February, 2012, first class postage prepaid to:

James W. Eason
Rick A. Voytas
Eason & Voytas, LLC
1 North Taylor Ave.
St. Louis, MO 63108

Attorneys for Plaintiff

/s/ Patrick T. McLaughlin