UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL J. SCHAEFER,                )
                                    )
    Plaintiff,                      )
                                    )   No. 4:12-CV-311 CAS
v.                                  )
                                    )
FIRST SOURCE ADVANTAGE, LLC,        )
                                    )
    Defendant.                      )

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant First Source Advantage, LLC, and against plaintiff Michael J. Schaefer, and that plaintiff shall take nothing by his complaint.

**IT IS FURTHER ORDERED** that costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   12th   day of February, 2013.